NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**APPLE INC.,**
*Appellant*

**v.**

**UNIVERSAL SECURE REGISTRY LLC,**
*Appellee*

_____

2020-1330

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00812.

_____

Decided:  August 27, 2021

_____

BRITTANY BLUEITT AMADI, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for appellant. Also represented by KEITH T. HOWELL; MONICA GREWAL, Boston, MA; MARK D. SELWYN, Palo Alto, CA.

CHRISTOPHER MATHEWS, Quinn Emanuel Urquhart & Sullivan, LLP, Los Angeles, CA, argued for appellee.  Also represented by TIGRAN GULEDJIAN.

_____

2        APPLE INC. v. UNIVERSAL SECURE REGISTRY LLC

Before NEWMAN, PROST*, and TARANTO, *Circuit Judges.*

PER CURIAM.

The patent at issue in this appeal is U.S. Patent No. 8,856,539, owned by Universal Secure Registry LLC (USR). Apple filed a petition for an inter partes review, challenging several claims of the '539 patent before the Patent Trial and Appeal Board, which instituted the requested review and eventually issued a final written decision that Apple had not shown the challenged claims to be unpatentable. In another case, we have affirmed a district court's judgment that all claims of the '539 patent are patent ineligible. *Universal Secure Registry LLC v. Apple Inc.*, No. 20-2044 (Fed. Cir. Aug. 26, 2021). Therefore, as the parties agreed at oral argument, this appeal involving the '539 patent is now moot. *Apple Inc. v. Voip-Pal.com, Inc.*, 976 F.3d 1316, 1321 (Fed. Cir. 2020); Oral Arg. at 7:00–7:55, 25:00–26:40. We vacate the Board's final written decision and remand for the Board to dismiss Apple's petition. *See Apple*, 976 F.3d at 1321 (citing *United States v. Munsingwear, Inc.*, 340 U.S. 36, 39–41 (1950)).

No costs.

**VACATED AND REMANDED**

---

* Circuit Judge Sharon Prost vacated the position of Chief Judge on May 21, 2021.